AO 121 (Rev. 06/16)

| To: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| **DOCKET NO.**<br>1:24-cv-08158-ALC | **DATE FILED**<br>October 28, 2024 | **Southern District of New York** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **Affordable Aerial Photography, Inc.** | **Front Office Sports, LLC** |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | VA 2-297-479 | 619 South Beach Rd_005 | Affordable Aerial Photography, Inc. |
| 2 | VA 2-297-479 | 619 South Beach Rd_012 | Affordable Aerial Photography, Inc. |
| 3 | VA 2-297-479 | 619 South Beach Rd_015 | Affordable Aerial Photography, Inc. |
| 4 | VA 2-297-479 | 619 South Beach Rd_020 | Affordable Aerial Photography, Inc. |
| 5 | VA 2-297-479 | 619 South Beach Rd_065 | Affordable Aerial Photography, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgement | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Daniel Ortiz | (BY) DEPUTY CLERK<br>s/ G. Pisarczyk | DATE<br>10/30/2024 |

**DISTRIBUTION**

1) Upon initiation of action, mail copy to Register of Copyright.
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights.
3) Upon termination of action, mail copy to Register of Copyrights.
4) In the event of an appeal, forward copy to Appellate Court.
5) Case File Copy.

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 6    VA 2-297-479 | 619 South Beach Rd_078 | Affordable Aerial Photography, Inc. |
| 7    VA 2-297-479 | 619 South Beach Rd_044 | Affordable Aerial Photography, Inc. |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 29 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |