UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRONT OFFICE SPORTS, LLC, <br><br> Defendant. | Case No.: 1:24-cv-08158-ALC <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jason S. Giaimo of the law firm of McLaughlin & Stern, LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Front Office Sports, LLC.

Dated: New York, New York
November 6, 2024

                                           McLAUGHLIN & STERN, LLP

                                           By: */s/ Jason S. Giaimo*
                                                    Jason S. Giaimo
                                           260 Madison Avenue
                                           New York, New York 10016
                                           Tel.: (212) 448-1100
                                           jgiaimo@mclaughlinstern.com
                                           *Attorneys for Defendant Front Office Sports, LLC*