MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __December 5, 2024__

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

### CASE NO.: 1:24-cv-08158-ALC

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

                    Plaintiff,

v.

FRONT OFFICE SPORTS, LLC,

                    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle and requests until January 4, 2025 in which to file a Stipulation or Notice of Dismissal.

Dated: December 5, 2024                    Respectfully submitted,

                                           /s/  Jordan I. Abisror
                                           JORDAN I. ABISROR
                                           Bar Number: 6139190
                                           jordan.abisror@sriplaw.com

                                           **SRIPLAW, P. A.**
                                           41 Madison Avenue
                                           25th Floor
                                           New York, New York 10010
                                           646.475.9070 – Telephone
                                           561.404.4353 – Facsimile

                                           *Counsel for Plaintiff Affordable Aerial*
                                           *Photography, Inc.*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

                                           December 5, 2024
                                           New York, NY

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK ◆ TEXAS